UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-81030-Marra-Johnson**

"IN ADMIRALTY"

FILED by __VT__ D.C.
ELECTRONIC

July 14, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**LEEWARD MARINE GENERATORS
& ELECTRIC INC.**
      Plaintiff,

VERIFIED COMPLAINT

V.

**LOGAN'S RUN**, her engines, tackle,
appurtenances, boats, etc. in rem
      Defendant,

---

Plaintiff **LEEWARD MARINE GENERATORS & ELECTRIC INC.**, by and through the undersigned attorney George L Moxon, for its complaint against the LOGAN'S RUN, her engines, tackle, appurtenances, boats, etc. in rem, alleges upon information and belief as follows:

1. This case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C.§ 1333, and has exclusive jurisdiction over the in rem claims in admiralty, to the exclusion of any other forum.

3. At all times herein mentioned, **LEEWARD MARINE GENERATORS & ELECTRIC INC.** was and now a corporation duly organized and existing under the laws of the State of Florida, with a principal place of business in Palm County

at 3300 S. Congress Ave. Suite 15, Boynton Beach, FL 33426.

4. At all times herein mentioned, defendant vessel, LOGAN'S RUN (the "Vessel") was and is a vessel flagged in these United States navigating and operating on the navigable waters of the United States, and is or may be found within this District during the pendency of this action.

5. On March 18, 2009 and there after Richard Logan, registered owner of "Vessel" and requested services for repairs, replacement of equipment of the "Vessel" during the time of services. Such services are necessaries within the meaning of that term in admiralty.

6. The work order of the Vessel's owner to **LEEWARD MARINE GENERATORS & ELECTRIC INC.** to provide necessaries constitutes a valid maritime contract for the provision of necessaries to a vessel.

7. The maritime contract required payment in Boynton Beach, Florida for the necessaries supplied.

8. Prior to the provisions of parts and services or other necessaries to the Vessel, **LEEWARD MARINE GENERATORS & ELECTRIC INC.** provided its standard terms and conditions to the owner. A copy of the work order (the services that were provided to the Vessel) appears as Exhibit A.

9. Pursuant to the work order, The Vessel's owner presently owes **LEEWARD MARINE GENERATORS & ELECTRIC INC.** the amount of USD 2,874.44 together with said cost of reasonable attorney fees and court cost, plus any storage cost, plus finance charges and cost, and further amounts not presently known to **LEEWARD MARINE GENERATORS & ELECTRIC INC.** .

FIRST CAUSE OF ACTION
AGAINST DEFENDANT LOGAN'S RUN, HER ENGINES,
TACKLE, APPURTENANCES, BOATS, ETC., IN REM,
FORECLOSING UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

10. **LEEWARD MARINE GENERATORS & ELECTRIC INC.** repeats the allegations contained in paragraph 1-9 of this complaint as if set forth fully herein.

11. The materials and services provided to the Vessel constitute necessaries giving rise to a maritime lien on the Vessel in **LEEWARD MARINE GENERATORS& ELECTRIC INC.** favor.

12. The failure of defendant's registered owner to satisfy the account of **LEEWARD MARINE GENERATORS & ELECTRIC INC.** for necessaries provided to the Vessel constitutes a breach of a maritime contract and entitles **LEEWARD MARINE GENERATORS & ELECTRIC INC.** to foreclose on its maritime lien against the "Vessel".

13 **LEEWARD MARINE GENERATORS & ELECTRIC INC.** has and will incur attorneys' fees and expenses, has and will make advances and has and will sustain damages from or by reason of the breach of the maritime contract in the amount of USD 2,874.44 plus any other finance charges and cost, and in further amounts not presently known to **LEEWARD MARINE GENERATORS & ELECTRIC INC.** .

14. Although payment for the materials supplied, repairs performed and finance charges pursuant to the terms of the contract has been duly demanded, the amount has not been paid.

15. The work orders of **LEEWARD MARINE GENERATORS & ELECTRIC INC.** provide for a finance charge on unpaid accounts to accrue at 2% monthly. On information and belief, 6 months time will have passed from the date of the maritime contract by the Vessel's owner Richard Logan until **LEEWARD MARINE GENERATORS & ELECTRIC INC.** can prosecute this claim to completion. Under the terms of the maritime contract, **LEEWARD MARINE GENERATORS & ELECTRIC INC.** is entitled to receive a finance

charge/late fee, expenses and reasonable attorneys' fees for prosecuting their claims to completion. The estimated amount of interest, attorneys' fees and costs is estimated to be USD 5,156.08.

    a. Finance Charge/Late Fee    156.08

    b. <u>Attorneys' Fees/Expenses:</u>    <u>5,000.00</u>

    Total:    5,156.08

16. Therefore, as a result of the foregoing and the "Vessel's" owners' breach of its obligations under the maritime contract, **LEEWARD MARINE GENERATORS & ELECTRIC INC.** has suffered damages in the above stated amount. Rule B of the Supplemental Rules for certain Admiralty and Maritime claims provides for pre judgement seizure of assets to secure a future judgement, and **LEEWARD MARINE GENERATORS & ELECTRIC INC.** seeks a writ of maritime attachment to secure the amount of its estimate judgment.

17. The "Vessel" LOGAN'S RUN is in the Southern District of Florida and Therefore is located within the jurisdiction.

    WHEREFORE, Plaintiff **LEEWARD MARINE GENERATORS & ELECTRIC INC.** prays:

    a. Process in rem issue for the arrest of the LOGAN'S RUN, her engines, tackle, appurtenances, boats, etc., in accordance with Rule (3) of the Supplemental Rules for Certain Admiralty and Maritime Rules of the Federal of Civil Procedure and the rules and practices of this Honorable Court; citing all persons claiming any interest to appear and answer on the oath all and singular the matters stated above; and

     b. That **LEEWARD MARINE GENERATORS & ELECTRIC INC.** have judgment in rem against defendant LOGAN'S RUN its maritime lien, and that LOGAN'S RUN be condemned and sold to pay the demands of plaintiff **LEEWARD MARINE GENERATORS & ELECTRIC INC.** against her for necessaries supplied, with pre-and post-judgment interest thereon, cost and attorney's fees; and

     c. That process in due form of law according to the practice of this Court in the form of a writ of maritime attachment be issued against the Vessel LOGAN'S RUN that within the District; and

     d. That any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

     e. That judgement be entered in favor of **LEEWARD MARINE GENERATORS & ELECTRIC INC.** and against the Vessel's owner Richard Logan for breach of maritime contract in the amount of USD 2874.44 (including estimated interest, expenses and attorneys' fees), or such other amount as may be awarded at trial); and,

     f. Such other, further and different relief as may be just and proper under the premises.

Dated: Fort Lauderdale, Florida  
   July 14, 2009

by: _____  
George L. Moxon  
Florida Bar No:057150  
moxong@bellsouth.net  
5630 Harding Street  
Hollywood, FL 33021  
Tel:  954 962-2085

# EXHIBIT A

# WORK ORDER

**LEEWARD MARINE**
*GENERATORS & ELECTRIC Inc.*
**954-461-7652**

3300 S. Congress Ave Suite 15
Boynton Beach, FL 33426
Fax # 561-752-3024

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2009 | 1395 |

**Customer Name:**

Rick Logan
9330 N.W. 24th Court
Sunrise, Florida 33322
USA

| | | Project | Fuel Lines |
|---|---|---|---|

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Labor/Vessel | 9 | 3-6-09 Service call to vessel to Run fuel lines to port engine and prime up engine run hydro line to helm and bleed A/C. | 85.00 | 765.00T |
| Labor/Vessel | 7 | 3-6-09 Labor Helper | 50.00 | 350.00T |
| Labor/Vessel | 3.5 | 3-10-09 Remove and replace starboard engine exhaust hose and start to remove port hose. | 85.00 | 297.50T |
| Labor/Vessel | 2.5 | 3-10-09 Helper remove and replace starboard engine exhaust hose. | 50.00 | 125.00T |
| Labor/Vessel | 3 | 3-11-09 Remove steering pump and remove and re-install port exhaust. | 85.00 | 255.00T |
| Labor/Vessel | 6 | 3-11-09 Remove and replace port engine exhaust hose, repack port and starboard shaft seals, checked that all sea cocks work properly, replaced gasket on port engine sea strainer. | 85.00 | 510.00T |
| Labor/Vessel | 2 | 3-11-09 Helper to Install Port. | 50.00 | 100.00T |
| Labor/Vessel | 2.5 | 3-16-09 Check on no water flowing to forward head, sea strainer, seacock all checked out OK, possibly something wrong with the head itself. | 85.00 | 212.50T |
| Labor/Vessel | 1 | 3-16-09 Change underwater light bulbs. | 85.00 | 85.00T |
| Labor/Vessel | 1.5 | 3-16-09 Installed steering helm, pressure tested the system, all is working good. | 85.00 | 127.50T |
| Part | 5 | Oil sorbet pads | 1.00 | 5.00T |
| Part | 30 | Socketless Hoses 1/4 | 4.39 | 131.70T |
| Part | 50 | Socketless Hoses 1/2 | 5.50 | 275.00T |
| Part | 2 | Socketless Fit SWIV | 2.47 | 4.94T |
| Part | 1 | AQP Socketless Fit 4 SWIV | 2.94 | 2.94T |

All warranty claims are subject to manufacturer review after replacement and can then be accepted or denied. If warranty claim is denied, the customer is responsible for all expenses incurred.
I hereby authorize the above repair work to be done along with the necessary material, and hereby grant you and/or your employees permission to operate the equipment herein described on waterways or elsewhere for the purpose of testing and/or inspection.
An express mechanic's lien is hereby acknowledged on above equipment to secure the amount of repairs thereto.

THE UNDERSIGNED AGREES TO PAY ALL COSTS, INCLUDING A REASONABLE ATTORNEY FEE AND COURT COSTS, IF AN ATTORNEY IS EMPLOYED IN THE COLLECTION OF THIS DEBT.

X_____
Authorized Signature

**Subtotal**

**Sales Tax (6.0%)**

**Total**

**Payments/Credits**

**Balance Due**

Page 1

# LEEWARD MARINE
## GENERATORS & ELECTRIC Inc.
### 954-461-7652

3300 S. Congress Ave Suite 15
Boynton Beach, FL 33426
Fax # 561-752-3024

# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2009 | 1395 |

**Customer Name:**

Rick Logan
9330 N.W. 24th Court
Sunrise, Florida 33322
USA

| Project | Fuel Lines |
|---|---|

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Part | 1 | AQP BRASS 3/8 MNPT X-8 M | 18.49 | 18.49T |
| Part | 4 | AQP SOCKETLESS FIT 8 SWIV | 4.52 | 18.08T |
| Part | 1 | AQP BRASS 3/8 HEX NIPPLE | 2.56 | 2.56T |
| Part | 1 | AQP BRASS ADAPTOR | 4.01 | 4.01T |
| Part | 6 | Sobet pads for customer's stock | 1.00 | 6.00T |
| Part | 1 | Sea Strainer O-Ring | 3.61 | 3.61T |
| Part | 1 | Sea Strainer Gasket | 11.49 | 11.49T |
| Part | 1 | Re-seal Helm Pump | 200.00 | 200.00T |
| Labor/Vessel | 3 | 4/03/06:  Drive to vessel do generator checks, run generator off our fuel tank , customer fuel line has a hole. | 85.00 | 255.00T |
| Labor/Vessel | 3 | 4/06/09:  (Technician) Remove and replace fuel line to generator and test run. | 85.00 | 255.00T |
| Labor/Vessel | 3 | 4/06/09: (Technician Helper) | 50.00 | 150.00T |
| Part | 2 | Fem Flare Siv Hose | 3.285 | 6.57T |
| Part | 2 | 5/16" Hose Barb Union | 1.27 | 2.54T |
| Part | 50 | Trident 5/16' ID USCG Type | 1.5296 | 76.48T |
| Part | 2 | 102-0504 Amer CPLG Hose Barb | 2.455 | 4.91T |
| Part | 2 | 102-0404 Amer CPLG Hose Barb | 1.99 | 3.98T |
| Part | 20 | S/S Hose Clamp | 1.3325 | 26.65T |
| Late Fee | 3 | Past Due 30 Days 4-18-09 thru 7-18-09 | 50.00 | 150.00T |
| Service Charge | | 2% Monthly Service Charge on Past Due Balance | 156.08 | 156.08T |

All warranty claims are subject to manufacturer review after replacement and can then be accepted or denied. If warranty claim is denied, the customer  is responsible for all expenses incurred.
I hereby authorize the above repair work to be done along with the necessary material, and hereby grant you and/or your employees permission to operate the equipment herein described on waterways or elsewhere for the purpose of testing and/or inspection.
An express mechanic's lien is hereby acknowledged on above equipment to secure the amount of repairs thereto.

THE UNDERSIGNED AGREES TO PAY ALL COSTS, INCLUDING A REASONABLE ATTORNEY FEE AND COURT COSTS, IF AN ATTORNEY IS EMPLOYED IN THE COLLECTION OF THIS DEBT.

X_____
Authorized Signature

| | |
|---|---|
| **Subtotal** | $4,598.53 |
| **Sales Tax (6.0%)** | $275.91 |
| **Total** | $4,874.44 |
| **Payments/Credits** | $-2,000.00 |
| **Balance Due** | $2,874.44 |

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

"IN ADMIRALTY"

**LEEWARD MARINE GENERATORS
& ELECTRIC INC.**

   Plaintiff,           **VERIFICATION**

V.

**LOGAN'S RUN**, her engines, tackle,
appurtenances, boats, etc. in rem
   Defendant,

---

STATE OF FLORIDA   /

         /ss

COUNTY OF PALM BEACH /

1. I am President of **LEEWARD MARINE GENERATORS & ELECTRIC INC.**

2. I am fully knowledgeable about the facts and circumstances surrounding the matters alleged in the foregoing complaint.

3. I have read the foregoing complaint, and the allegations contained therein are true and accurate to the best of my knowledge, information and belief.

4. The sources of my information and the bases for my belief are personal knowledge and information available to me as President of **LEEWARD MARINE GENERATORS & ELECTRIC INC.**

FURTHER AFFIANT SAYETH NAUGHT

*Awilda Alicea*

AWILDA ALICEA
MY COMMISSION # DD 685868
EXPIRES: July 7, 2011
Bonded Thru Notary Public Underwriters

_____
Lee Ellis

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
LEEWARD MARINE GENERATORS & ELETRIC INC.

### DEFENDANTS
LOGAN'S RUN, her engines ect.

**(b)** County of Residence of First Listed Plaintiff   Broward County, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward County Florida
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

George L. Moxon
5630 Harding Street
Hollywood, Florida 33021  Tel. 954-962-2085

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☒ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

9:09 CV 81030-KAM-Johnson

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case  ☐ YES  ☐ NO
b) Related Cases  ☐ YES  ☐ NO

JUDGE                                DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

28 USC 1333; Suppl Rules B and C

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
17,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
*George L. Moxon*

DATE
July 14, 2009

FOR OFFICE USE ONLY

AMOUNT  350 cu    RECEIPT # _____   IFP _____

546835